UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In Re:

Mary Ann Prado                                   Case No.: 6:13-bk-03889-KSJ
    Debtors.                                        Chapter 7
_____/

## ORDER GRANTING NOTICE OF VOLUNTARY DISMISSAL OF DEBTOR'S CHAPTER 7 BANKRUPTCY CASE

This matter came on for consideration of the Debtors' Notice of Voluntary Dismissal of Debtor's Chapter 7 Bankruptcy Case, (Docket No.5) filed on April 15, 2013 at the hearing held on July 11, 2013. After reviewing the pleadings and considering the position of interested parties, it is

ORDERED:

1. The Notice of Voluntary Dismissal of Debtor's Chapter 7 Bankruptcy case is GRANTED .

DONE and ORDERED in Orlando, Florida, this 17th day of July, 2013

_____
KAREN S. JENNEMANN
CHIEF UNITED STATES BANKRUPTCY JUDGE

Attorney Isabel E. Freeman is directed to serve a copy of this Order on all interested parties and to file a proof of service within 3 days of entry of the Order